# IN THE

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>MARK RIDLEY-THOMAS,<br><br>Defendant-Appellant. | C.A. No. 23-2200<br>D.C. No. CR 21-485-DSF-1<br>(Central Dist. Cal.)<br><br>**GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS; DECLARATION OF LINDSEY GREER DOTSON** |

Plaintiff-Appellee United States of America, by and through its counsel of record, pursuant to Federal Rule of Appellate Procedure 27, respectfully moves this Court for leave for the parties to file supplemental briefing regarding the Supreme Court's decision in *Snyder v. United States*, No. 23-108, 2024 WL 3165518 (U.S. June 26, 2024).

///

///

///

This motion is based on the files and records in this case and the attached declaration of Lindsey Greer Dotson. Counsel for defendant-appellant opposes the government's request.

DATED: July 10, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

   */s/ Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

## DECLARATION OF LINDSEY GREER DOTSON

I, Lindsey Greer Dotson, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California.

2. I was responsible for preparing the government's answering brief in *United States v. Mark Ridley-Thomas,* No. C.A. 23-2200.

3. On June 17, 2024, defendant-appellant Mark Ridley-Thomas ("defendant") filed his reply brief. (Docket No. 57.)

4. On June 26, 2024, the Supreme Court issued its decision in *Snyder v. United States*, No. 23-108, 2024 WL 3165518 (U.S. June 24, 2024), regarding federal program bribery, in violation of 18 U.S.C. § 666. *Snyder*'s holding that § 666 does not make it a crime for local officials to accept gratuities for their past acts bears on defendant's challenge to his conviction for violating § 666 (count 2).

5. On June 28, 2024, defendant filed a notice of supplemental authority pursuant to Federal Rule of Appellate Procedure 28(j) arguing that *Snyder*'s "holding bears directly on several arguments raised in [defendant's] appeal" and claiming for the first time that *Snyder* invalidates "*all* counts" of conviction, including those charging offenses

other than § 666. (Docket No. 60 at 1.) Defendant's position raises questions of law and fact not previously addressed by the parties.

      6.    Given the word limit for a Rule 28(j) letter, defendant's legal arguments are cursory, and defendant ignores the factual context. The government does not believe that it can adequately respond in 350 words or less, and believes that more thorough briefing from both parties would be helpful to this Court. Accordingly, the government hereby seeks leave for the parties to file supplemental briefs.

      7.    The government further requests that this Court set the following deadlines and word limits for the parties' briefs:

          a.    By no later than August 5, 2024, defendant shall file a supplemental opening brief no longer than 2,800 words.

          b.    By no later than August 26, 2024, the government shall file a supplemental answering brief no longer than 2,800 words.

          c.    By no later than September 9, 2024, defendant shall file an optional supplemental reply brief no longer than 1,400 words.

      8.    On June 28, 2024, I emailed Alyssa Bell, defendant's counsel of record for this appeal, regarding the government's request for the

parties to file supplemental briefs. Counsel for defendant opposes the request for supplemental briefing.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 10th day of July, 2024, in Los Angeles, California.

> */s/ Lindsey Greer Dotson*
>
> LINDSEY GREER DOTSON
> Assistant United States Attorney
> Chief, Public Corruption and
> Civil Rights Section