

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MARK RIDLEY-THOMAS, <br><br> Defendant - Appellant, <br><br> ---------------------------------------- <br><br> FORMER CALIFORNIA OFFICIALS; et al., <br><br> Amici Curiae. | No. 23-2200 <br><br> D.C. No. 2:21-cr-00485-DSF-1 <br> Central District of California, Los Angeles <br><br> ORDER |

Appellee's motion (Docket Entry No. 63) for leave to file supplement briefs is referred to the panel assigned to decide the merits of this appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT