# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-2200

**Case Name** United States of America v. Ridley-Thomas

**Hearing Location** (*city*) Pasadena

**Your Name** Alyssa D. Bell

List the sitting dates for the two sitting months you were asked to review:

November 4-8, 18-22; December 2-6

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Counsel for Appellant, Paul J. Watford, is unavailable on November 19 and 20 due to pre-planned, out-out-state travel to attend a nonproft board meeting.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Alyssa D. Bell   **Date** 7/24/2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**  New 12/01/2018