**FILED**

AUG 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 23-2200 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:21-cr-00485-DSF-1 Central District of California, Los Angeles |
| v. | |
| MARK RIDLEY-THOMAS, | ORDER |
| Defendant - Appellant. | |

The Government's Motion for Leave to File Supplemental Briefs, filed July 10, 2024, is GRANTED. By August 30, 2024, the defendant shall file a Supplemental Opening Brief not exceeding 2,800 words. By September 20, 2024, the government shall file a Supplemental Answering Brief not exceeding 2,800 words. By October 4, 2024, the defendant shall file an optional Reply Brief not exceeding 1,400 words.

No extensions of time will be granted for the filing of supplemental briefs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT